## FOURTH DEPARTMENT, MARCH, 1955.

### (March 2, 1955.)

LLOYD J. HOSFORD, as Administrator of the Estate of REGINA M. HOSFORD, Deceased, Appellant, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. LLOYD J. HOSFORD, as Administrator of the Estate of LLOYD A. HOSFORD, Deceased, Appellant, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. SAMUEL PERDICHO et al., as Administrators of the Estate of ANTOINETTE PERDICHO, Deceased, Appellants, v. NEW YORK STATE ELECTRIC &

Gas Corporation, Respondent. Lloyd J. Hosford, as Administrator of the Estate of Lloyd R. Decker, Deceased, Appellant, v. New York State Electric & Gas Corporation, Respondent. Lloyd J. Hosford, as Administrator of the Estate of Regina M. Hosford, Deceased, Appellant, v. New York State Electric & Gas Corporation, Respondent.— Order affirmed, with costs. All concur. (Appeal from an order of Seneca Special Term denying a motion by plaintiffs in each of five actions for a new trial on the ground of misconduct and concealment on the part of members of the jury.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See *post*, p. 1214.]